**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh Division)**

| | |
|---|---|
| KAREN GORECKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEARVIEW ELECTRIC, INC. d/b/a CLEARVIEW ENERGY, INC.,<br><br>Defendant. | Case No.: 2:18-cv-35-MRH |

### DEFENDANT'S OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant Clearview Electric, Inc. d/b/a Clearview Energy, Inc., ("Clearview"), by and through its undersigned counsel, moves to dismiss Plaintiff's Complaint in its entirety because it fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  In support thereof, Clearview refers the Court to the accompanying brief filed herewith.

### Statement Regarding Plaintiff's Position on this Motion

Pursuant to the Court's Standing Order and Procedures on Civil Motions Practice, ECF No. 4, Plaintiff's counsel opposes the relief sought herein.

Dated: March 2, 2018　　　　　　　　Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**


*/s/ Allison L. Ebeck*
Robert J. Hannen (Pa. ID No. 63432)
Allison L. Ebeck (Pa. ID No. 322837)
600 Grant Street
44th Floor
Pittsburgh, PA 15219
Tel:  412-566-5911
Fax: 412-566-6099
Email:  rhannen@eckertseamans.com
　　　　aebeck@eckertseamans.com


Charles A. Zdebski, Esq. (*pro hac vice forthcoming*)
Jeffrey P. Brundage (*pro hac vice*)
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Tel:  202-659-6676
Fax:  202-659-6699
Email:  czdebski@eckertseamans.com
　　　　jbrundage@eckertseamans.com

*Attorneys for Defendant Clearview Electric Inc. d/b/a Clearview Energy, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the March 2, 2018, the foregoing DEFENDANT'S OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED was filed via the electronic CM/ECF system of the United States District Court for the Western District of Pennsylvania, which will send a notification of such filing (NEF) to the following:

>Charles E. Schaffer, Esq.
>Daniel C. Levin, Esq.
>Levin Sedran & Berman
>510 Walnut Street, Suite 500
>Philadelphia, PA  19106
>*Co-Counsel for Plaintiff*
>
>Jonathan Shub, Esq.
>Kohn, Swift & Graf, P.C.
>One South Broad Street
>Suite 2100
>*Co-Counsel for Plaintiff*
>
>Kevin Laukaitis, Esq.
>Kohn, Swift & Graf, P.C.
>One South Broad
>Suite 2100
>Philadelphia, PA PA
>*Co-Counsel for Plaintiff*

>By:  */s/ Allison L. Ebeck*
>Pa. I.D. No. 322837
>*aebeck@eckertseamans.com*
>
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>Firm No. 075
>U.S. Steel Tower, 44th Floor
>600 Grant Street
>Pittsburgh, PA 15219
>412.566.6000
>412.566.6099 (*facsimile*)

Dated: March 2, 2018                *Counsel for Defendant, Clearview Electric, Inc. d/b/a Clearview Energy, Inc.*

3