UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN GORECKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEARVIEW ELECTRIC, INC. d/b/a CLEARVIEW ENERGY, INC.<br><br>Defendant. | Case No. 2:18-cv-00035-WSS |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Karen Gorecki and Defendant Clearview Electric, Inc. d/b/a Clearview Energy, Inc., by and through their undersigned counsel, agree and stipulate that this action be voluntarily dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated: May 14, 2020

Respectfully Submitted By:

/s/ Jonathan Shub

Jonathan Shub (*pro hac vice*)
Kevin Laukaitis (*pro hac vice*)
Kohn, Swift & Graf, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Phone: 215-238-1700
jshub@kohnswift.com
klaukaitis@kohnswift.com

Charles E. Schaffer
Daniel C. Levin
LEVIN SEDRAN & BERMAN

/s/ Jeffrey P. Brundage

Jeffrey P. Brundage (*pro hac vice*)
Charles A. Zdebski, Esq. (*pro hac vice*)
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C. 20006
Tel: 202-659-6676
Fax: 202-659-6699
czdebski@eckertseamans.com
jbrundage@eckertseamans.com

Shane D. Valenzi (Pa. ID No. 322025)
600 Grant Street
44th Floor

2

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 215-592-1500
CSchaffer@lfsblaw.com
DLevin@lfsblaw.com

*Attorneys for Plaintiff*

Pittsburgh, PA 15219
Tel: 412-566-6186
Fax: 412-566-6099
svalenzi@eckertseamans.com

*Attorneys for Defendant Clearview Electric Inc. d/b/a Clearview Energy, Inc.*

**SO ORDERED:** _2/u & StuIV_